**Ricky Alonzo EVANS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 55848.**

Missouri Court of Appeals,
Eastern District,
Division Two.

July 25, 1989.

Nancy Hentig Narrow, Benton, Elizabeth Clark, Columbia, for appellant.

William L. Webster, Atty. Gen., Robert V. Franson, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Defendant/movant, Ricky Alonzo Evans, appeals from the denial of his Rule 29.15 motion without an evidentiary hearing. The findings of fact and conclusions of law of the motion court are not clearly erroneous. An extended opinion would have no precedential value. We affirm. Rule 84.-16(b)(2).